# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JACQUELINE JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARDINAL HEALTH 200, INC., a Delaware Corporation, and DOES 1 through 25,<br><br>　　　　Defendants. | Case No. 5:09-cv-695 SGL (SHx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: March 9, 2009<br>Removal Filed:<br><br>Judge:　Hon. Stephen G. Larson<br>Ct. Rm.:　1<br>M. Judge: Hon. Stephen J. Hillman<br>Ct. Rm.:　550<br>Trial Date: Not Set |

　　The parties having so stipulated, and GOOD CAUSE APPEARING THEREFORE, it is hereby ordered that the terms and agreements set forth in the Stipulated Discovery Protective Order, shall be, and hereby are, adopted by this Court.

　　IT IS SO ORDERED.


Dated: September 15, 2009　　/ S /　_____
　　　　　　　　　　　　　　　Stephen J. Hillman
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

{00337285; 1}　　　　　-1-　　　Case No. 5:09-cv-695 SGL (SHx)
**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**