Michael A. Gould  (SBN 151851)
Aarin Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E, 17th Street, Suite 106
Tustin, California 92780
Telephone:  (714) 669-2850
Facsimile:  (714) 544-0800

Attorney for Plaintiffs
Jacqueline James

# UNITED STATE DISTRICT COURT

# CENTRAL DIVISION OF CALIFORNIA-EASTERN DIVISION

| JACQUELINE JAMES, | ) | CASE NO.: 5:09-CV-695 JRG |
|---|---|---|
| | ) | Judge: Joseph R. Goodwin |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | |
| CARDINAL HEALTH 200, INC., a | ) | |
| Delaware  Corporation, and DOES 1 | ) | Complaint Filed: March 9, 2009 |
| through 25, | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |

1

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, IT IS ORDERED, ADJUDGED, AND DECREED that:

1.      Plaintiff Jacqueline James shall have and recover from the Defendant Carefusion Resources, LLC, which currently employs former employees of Cardinal Health 200, Inc., Thirty Three Thousand and One Dollars ($33,001.00).

2.      Plaintiff Jacqueline James shall also have and recover from the Defendant Carefusion Resources, LLC, which currently employs former employees of Cardinal Health 200, Inc., costs and reasonable attorney's fees pursuant to a Motion for Attorney's Fees and a Bill of Costs.

Dated: _29 June 2010_

_____
Judge of the District Court

2

**JUDGMENT**